

# Fourth Court of Appeals
## San Antonio, Texas

June 9, 2014

No. 04-14-00120-CV

**IN THE INTEREST OF R.A.G.C., ET AL., CHILDREN,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-00860
Honorable Martha B. Tanner, Judge Presiding

## O R D E R

    The Joint Motion to Expedite Ruling on Joint Motion to Abate Appeal Pending Mediation and Suspend All Deadlines is hereby MOOT.

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court